UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEAN MARIE HANSEN, ATTORNEY,
P.C.,

       Plaintiff/Counter-Defendant,

v.                                                                                  Case No. 00-70615
                                                                      Honorable Patrick J. Duggan

DR. SAMIR CHACHOUA and
ADELAIDA ORTEGA,

       Defendants/Counter-Plaintiff.

_____/

## JUDGMENT

On February 1, 2000, Plaintiff Jean Marie Hansen ("Hansen") initiated this lawsuit seeking attorney's fees from Defendants Samir Chachoua ("Chachoua") and Adelaida Ortega ("Ortega"). This Court dismissed Hansen's claims against Ortega on February 2, 2004. On September 30, 2004, this Court dismissed Chachoua's counterclaims against Hansen. On March 31, 2006, this Court entered a default judgment against Chachoua with respect to Hansen's claim for unpaid legal fees. On this date, the Court issued an Opinion and Order with respect to the amount of damages Hansen is entitled to recover on her claim.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Judgement is entered in

favor of Hansen and against Chachoua in the amount of $56,213.75.


DATE: February 5, 2007              PATRICK J. DUGGAN
                                    UNITED STATES DISTRICT JUDGE

Copies to:
Jean Marie Hansen, Esq.
Dr. Samir Chachoua
Ellen Bartman Jannette, Esq.
Thomas M. O'Leary, Esq.